**Paul Alfred BOUTEILLER,
Petitioner–Appellant,**

v.

**NEVADA ATTORNEY GENERAL;
et al., Respondents–Appellees.**

**No. 06–16594.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 24, 2008.*

Filed Dec. 3, 2008.

Paul Alfred Bouteiller, Lovelock, NV, pro se.

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

David K. Neidert, Esq., AGNV—Office of the Nevada Attorney General, Reno, NV, for Respondents–Appellees.

Before: ALARCÓN, LEAVY, and TALLMAN, Circuit Judges.

MEMORANDUM **

Paul Alfred Bouteiller appeals pro se from the district court's judgment dismissing his 28 U.S.C. § 2254 petition for failure to exhaust his claims in state court. We have jurisdiction pursuant to 28 U.S.C. §§ 1291 and 2253, and we affirm.

To the extent Bouteiller raises uncertified issues in his briefs, we construe those contentions as a motion to expand the certificate of appealability and we deny the motion. *See* 9th Cir. R. 22–1(e); *Hiivala v. Wood,* 195 F.3d 1098, 1104–05 (9th Cir. 1999) (per curiam).

The district court properly dismissed without prejudice the federal claims alleged in grounds one and two of the petition.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.